IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**EVELYN FAYE GILMORE**                                                                  **PLAINTIFF**

**V.**                                                                                  **NO. 4:22-CV-154-DMB-DAS**

**DOLGENCORP, LLC, d/b/a**
**DOLLAR GENERAL**                                                                    **DEFENDANT**

### ORDER OF RECUSAL

The undersigned district judge recuses herself from this case. The Clerk of Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 17th day of November, 2022.

                                                        **/s/Debra M. Brown**
                                                        **UNITED STATES DISTRICT JUDGE**