IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

EVELYN FAYE GILMORE                                                           PLAINTIFF

v.                                         CIVIL ACTION NO. 4:22-cv-00154-SA-DAS

DOLGENCORP, LLC, d/b/a DOLLAR GENERAL                       DEFENDANT

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on November 17, 2022. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 17th day of November, 2022.

                                                        /s/ Sharion Aycock
                                                        UNITED STATES DISTRICT JUDGE